# COMPLAINT
## (for non-prisoner filers without lawyers)

U.S. DISTRICT COURT
EASTERN DISTRICT - WI
FILED

2019 SEP 25 P 4: 24

STEPHEN C. DRIES
CLERK

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF WISCONSIN

(Full name of plaintiff(s))

Alexander Ford

_____

_____

v.

(Full name of defendant(s))

Federal Courts

_____

_____

_____

Case Number:

19-C-1404

(to be supplied by Clerk of Court)

A.  PARTIES

1.  Plaintiff is a citizen of ___Wisconsin___ and resides at
    (State)

    3571 North 19th St.
    (Address)

    (If more than one plaintiff is filing, use another piece of paper.)

2.  Defendant __Federal government__
    (Name)

    is (if a person or private corporation) a citizen of _____

(State, if known)

and (if a person) resides at _____

(Address, if known)

and (if the defendant harmed you while doing the defendant's job)

worked for _____ Federal government _____

(Employer's name and address, if known)

(If you need to list more defendants, use another piece of paper.)

B.     STATEMENT OF CLAIM

On the space provided on the following pages, tell:
1.     Who violated your rights;
2.     What each defendant did;
3.     When they did it;
4.     Where it happened; and
5.     Why they did it, if you know.

Federal government violated my Rights by following me stalking me and I Have committed any Crimes. They also record me every were I go and film me they also put things in the food I eat place Federal agents at Jobs that I work at to follow and watch me. They did it because of who I am a specail person to the Universe. It's been going on for the last 7 months.

Complaint 3

C.  JURISDICTION

☑  I am suing for a violation of federal law under 28 U.S.C. § 1331.

OR

☐  I am suing under state law. The state citizenship of the plaintiff(s) is (are) different from the state citizenship of every defendant, and the amount of money at stake in this case (not counting interest and costs) is $ _____.

D.  RELIEF WANTED

Describe what you want the Court to do if you win your lawsuit. Examples may include an award of money or an order telling defendants to do something or to stop doing something.

I want a reward and I want them to stop commiting illegal crimes and conspiracies on the people of the United States

### E. JURY DEMAND

I want a jury to hear my case.

☑ – YES          ☐ – NO

I declare under penalty of perjury that the foregoing is true and correct.

Complaint signed this __09__ day of __25__ 20_19_.

Respectfully Submitted,

*Alexander*
Signature of Plaintiff

(414) 388-3292
Plaintiff's Telephone Number

Fordalexander60@gmail.com
Plaintiff's Email Address

3571 North 18th St.
_____

(Mailing Address of Plaintiff)

(If more than one plaintiff, use another piece of paper.)

## REQUEST TO PROCEED IN DISTRICT COURT WITHOUT PREPAYING THE FILING FEE

☑ I **DO** request that I be allowed to file this complaint without paying the filing fee. I have completed a Request to Proceed in District Court without Prepaying the Filing Fee form and have attached it to the complaint.

☐ I **DO NOT** request that I be allowed to file this complaint without prepaying the filing fee under 28 U.S.C. § 1915, and I have included the full filing fee with this complaint.